DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                                          Case No. 09-05902-PCW13
CORTER, LORETTA DIANNE
                              Debtor(s)                         ORDER OF DISMISSAL

This matter having come before the Court on the Motion to Dismiss filed by the Chapter 13 Trustee on 3/23/2010 and no objections having been filed, it is hereby:

ORDERED that the above-entitled proceeding is dismissed.

Presented by:

*/s/ Daniel H. Brunner*

Daniel H. Brunner, Chapter 13 Trustee

*/s/ Patricia C. Williams*

Patricia C. Williams
Bankruptcy Judge

04/30/2010 13:42:22